Approved by: _____
             ANDREW ROUCHKA
             Special Assistant United States Attorney

Before:   THE HONORABLE MARTIN R. GOLDBERG
          United States Magistrate Judge
          Southern District of New York

19mj 5783

- - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :    MISDEMEANOR
                                        COMPLAINT
                                   :
        -v-                             Violation of
                                   :
                                        NYVATL 511(1)(a)
DYSHEEK K. SANDERS                 :    NYVATL 1180(c)(1)

                                   :    COUNTY OF OFFENSE:
        Defendant                       ORANGE
                                   :
- - - - - - - - - - - - - - - - - - - - -x

SOUTHISN DISTRICT OF NEW YORK, ss.:

   CRAIG TRUMBULL, being duly sworn, deposes and says that he is a Court Liaison assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, and charges as follows:

                          COUNT ONE

   On or about April 30, 2019, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, Dysheek K. Sanders, the Defendant, unlawfully, knowingly and willfully operated a motor vehicle upon a public road while knowing, or having reason to know, that his license to operate such motor vehicle in New York was suspended, revoked, or otherwise withdrawn by the commissioner, to wit, the defendant was observed operating his motor vehicle on Washington Road and an investigation revealed that the defendant's state driver's license had been suspended.

   (New York Vehicle and Traffic Law, Section 511(1)(a))

COUNT TWO

On or about April 30, 2019, at the United States Military Academy, West Point, New York, within the special maritime and territorial jurisdiction of the United States, in the Southern District of New York, Dysheek K. Sanders, the Defendant, unlawfully, knowingly and willfully exceeded the posted speed limit for Washington Road in a school zone, to wit, the defendant was observed to be operating his motor vehicle at a speed of 26 MPH in a 15 MPH school zone.

(New York Vehicle and Traffic Law, Section 1180(c)(1)

The basis for the deponent's knowledge and for the foregoing charges are, in part, as follows:

1. I am Court Liaison, assigned to the Provost Marshal Office, at the United States Military Academy, West Point, New York, which is located in the Southern District of New York.

2. On or about April 30, 2019 at approximately 1:30 p.m., MP Officer Quebral, was conducting traffic enforcement on Washington Road when he observed a Mazda 3 traveling through the school zone at a high rate of speed. MP Officer Quebral confirmed with RADAR that the vehicle was traveling at 26 MPH in a 15 MPH zone. A traffic stop was initiated. After checking on the defendant's driver's license, it was discovered that his driver's license was suspended for a failure to appear from September 2018.

3. The defendant was issued a District Court Violation Notice for operating a motor vehicle while license suspended or revoked (DCVN number 8005362/SY10) and a District Court Violation Notice for Speeding in a school zone 11-20 MPH in excess (DCVN number 8005363/SY10) and was released on his own recognizance.

WHEREFORE, deponent prays that the above-named defendant be imprisoned or bailed, as the case may be.

_____
CRAIG TRUMBULL
Court Liaison

Sworn to before me this
19th day of June, 2019

_____
HONORABLE MARTIN R. GOLDBERG
United States Magistrate Judge
Southern District of New York