UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
United States of America,

                    Plaintiff,

-against-

                                                    Case No. 7:19-mj-5783

Dysheek K. Sanders

                    Defendant.

----------------------------------------X

## ORDER OF DISMISSAL

Motion by the Government to dismiss is granted and the above-captioned case is hereby Dismissed.

                                                          SO ORDERED.

                                                          _____
                                                          Hon. Martin R. Goldberg
                                                          United States Magistrate Judge

Dated: 26th day of August 2022
       Poughkeepsie, New York